IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02881-REB-MEH

UNITED STATES OF AMERICA,

     Plaintiff,

v.

GEORGE THOMAS GAINES, d/b/a G&G Service, a/k/a American Benefits,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2011.**

     Plaintiff's Motion to Cancel Hearing as Moot and Withdraw the United States' Motion for Substituted Service [filed March 21, 2011; docket #17] is **granted**. The United States' Motion for Leave to Serve Defendant by Substituted Service and Motion to Extend the Time for Service of the Summons and Complaint on the Defendant [filed March 7, 2011; docket #6] is hereby **withdrawn**. The evidentiary hearing scheduled for March 28, 2011, is hereby **vacated**.