**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:10-cv-02881-REB-MEH

UNITED STATES OF AMERICA

Plaintiff,

v.

GEORGE THOMAS GAINES
d/b/a/ G&G TAX SERVICE,
a/k/a AMERICAN BENEFITS

Defendant.

**ORDER FOR PERMANENT INJUNCTION**

**Blackburn, J.**

The matter is before me on the **Joint Motion for Entry of an Order for Permanent Injunction** [#22] filed April 26, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted. Specifically, I find as follows:

1.  That the Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345 and under 26 U.S.C. §§ 7402, 7407 and 7408;

2.  That the parties waive the entry of findings of fact and conclusions of law under Federal Rule of Civil Procedure 52 and 26 U.S.C. §§ 7402, 7407, and 7408; and

3.  That Gaines consents to the entry of this Permanent Injunction and agrees to be bound by its terms.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Joint Motion for Entry of an Order for Permanent Injunction** [#22] filed April 26, 2011, is **GRANTED**;

    2. That George Thomas Gaines, individually and doing business under any name or using any entity, and his representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with him are permanently enjoined under 26 U.S.C. §§ 7402, 7407 and 7408 from, directly or indirectly:

    (a) Acting as a tax return preparer by preparing or filing, or assisting in the preparation or filing of any federal tax return for any other person or entity;

    (b) Engaging in any activity subject to penalty under 26 U.S.C. §§ 6694, 6695, and/or 6701, including preparing any part of a return or claim for refund that includes an unreasonable or a willful understatement of tax;

    (c) Engaging in conduct that substantially interferes with the proper administration and enforcement of the internal revenue laws; and/or

    (d) Engaging in any other activity subject to penalty under any provision of the Internal Revenue Code; and

    3. That the Court shall retain jurisdiction to enforce this injunction, and the United States is permitted to engage in post-judgment discovery in accordance with the Federal Rules of Civil Procedure to ensure compliance with this permanent injunction.

    Dated April 26, 2011, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge